IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02683-BNB

ALICE AKER,

    Plaintiff,

v.

JON LYNCH,
STEVE GALLAGHER, and
FIVE UNKNOWN YUMA COUNTY SHERIFFS,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be assigned to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be assigned to a presiding judge and, if appropriate, to a magistrate judge. It is

FURTHER ORDERED that the Motion to Amend Complaint at a Later Time (ECF No. 19) that Plaintiff filed on May 16, 2014, is denied as premature.

DATED June 26, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge