**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02683-KMT

ALICE AKER,

      Plaintiff,

v.

JON LYNCH,
STEVE GALLAGHER, and
FIVE UNKNOWN YUMA COUNTY SHERIFFS,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [#55] of Magistrate Judge Kathleen M. Tafoya entered on October 22, 2014, it is

      ORDERED that, Defendant Lynch's Combined Motion to Dismiss and Motion for Summary Judgment filed August 8, 2014, [30], is GRANTED in part.  Plaintiff's First Claim for Relief against Defendant Lynch is DISMISSED WITH PREJUDICE.  It is

      FURTHER ORDERED that, Defendant Steve Gallagher's Motion to Dismiss filed August 8, 2014 [31], is GRANTED in part. Plaintiff's First Claim for Relief against Defendant Gallagher is DISMISSED WITH PREJUDICE.  It is

      FURTHER ORDERED that Plaintiff's First Claim for Relief against the Five Unknown Yuma County Sheriffs is DISMISSED, sua sponte, WITH PREJUDICE.  It is

FURTHER ORDERED that Plaintiff's Second Claim for Relief for battery under Colorado law is dismissed without prejudice.  It is

FURTHER ORDERED that judgment shall enter in favor of Defendants Jon Lynch, Steve Gallagher and Five Unknown Yuma County Sheriffs and against Plaintiff, Alice Aker.  It is

FURTHER ORDERED that Defendants are awarded costs per Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   M. Ortiz

s/M. Ortiz
Deputy Clerk